UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POOYA OSOUIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACRO SERVICE CORP; and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 21CV1736 AJB AHG<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION OF DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE** |

## **ORDER**

This matter came before the Court on the Parties' Stipulation of Dismissal of Individual Claims with Prejudice. The dismissal is hereby GRANTED. Plaintiff's individual claims are dismissed with prejudice and the dismissal of the representative PAGA claim is without prejudice.

IT IS SO ORDERED.
Dated: November 17, 2022

Hon. Anthony J. Battaglia
United States District Judge

-1-